# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1554
LT Case No. 2007-CF-15405

_____

ELISHA THOMAS, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

Petition for Writ of Habeas Corpus,
A Case of Original Jurisdiction.

Elisha Thomas, Jr., Milton, pro se.

No Appearance for Appellee.

October 3, 2023

PER CURIAM.

    DISMISSED. *See Richardson v. State*, 918 So. 2d 999 (Fla. 5th DCA 2006).

LAMBERT, JAY, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____